# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:13-cv-262-T-26TBM

JOHN ANDREW WELDEN
                           /

## O R D E R

Upon due consideration of the Government's Response filed at docket 48, it is ordered and adjudged that the Government's Motion for Review and Revocation of Order of Pre-Trial Release (Dkt. 41) is denied as moot. The United States Marshal Service is authorized to release the Defendant from pretrial detention once he has fully and completely complied with the general and special conditions set forth in the Order of Release rendered by United States Magistrate Judge Anthony Porcelli on July 1, 2013, at docket 44.

**DONE AND ORDERED** at Tampa, Florida, on July 2, 2013.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record